IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS -
HOUSTON DIVISION

| | |
|---|---|
| **RONALD SHAPIRO,**<br><br>　　**Plaintiff,**<br><br>**v.**<br><br>**DOMAIN CULINARY GROUP, LLC,**<br><br>　　**Defendant.** | **CIVIL ACTION NO. 4:21-cv-03139**<br><br>**JURY TRIAL DEMANDED** |

**JOINT MOTION TO DISMISS PURSUANT TO RULE 41(a)(2)**

Plaintiff Ronald Shapiro and Defendant Domain Culinary Group LLC, having entered into a settlement that fully resolves the claims in this lawsuit, hereby move the Court under Rule 41(a)(2) of the Federal Rules of Civil Procedure, to dismiss the above captioned case. The Parties respectfully request that the Court dismiss this case with prejudice while also retaining jurisdiction, under the authority of *Kokkonen v. Guardian Life Insurance Company of America*, 511 U.S. 375, 381-82 (1994), to enforce the settlement agreement they entered into on November 7, 2022.

The Court's retention of jurisdiction in this matter is requested in order to facilitate the settlement and dismissal of this cause prior to the completion of the settlement payments.

The Agreement is the product of extensive, good faith negotiations between the Parties. The Parties assert that the terms of the proposed dismissal order are proper and that neither party will be prejudiced by granting the requested relief. See Fed. R. Civ. P. 41(a)(2).

PRAYER

Wherefore, the Parties respectfully ask the Court, under Rule 41(a)(2), to enter the attached proposed order, thereby dismissing this action with prejudice while retaining jurisdiction to enforce the terms of the Agreement.

Respectfully submitted,

*/s/ Dorian Vandenberg-Rodes*
Todd Slobin
State Bar No. 24002953
tslobin@eeoc.net
Dorian Vandenberg-Rodes
State Bar No. 24088573
drodes@eeoc.net
Shellist Lazarz Slobin
11 Greenway Plaza, Suite 1515
Houston, Texas 77046
(713) 621-2277 (Tel)
(713) 621-0993 (Fax)

ATTORNEYS FOR PLAINTIFF


Gordon Rees Scully Mansukhani, LLP

By: */s/ Laura E. De Santos*
    **Laura E. De Santos**
    Texas State Bar No. 00793612
    SDTX Bar No. 19328
    ldesantos@grsm.com
    Direct: 713-490-4821
    **Cristina Guerrero**
    Texas State Bar No. 24058860
    SDTX Bar No. 1786943
    cxguerrero@grsm.com
    Direct: 713-490-4850
    1900 West Loop South, Suite 1000
    Houston, Texas 77027

ATTORNEYS FOR DOMAIN
CULINARY GROUP, LLC

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served on all counsel of record by electronic filing on December 5, 2022 in accordance with the Federal Rules of Civil Procedure.

*/s/ Dorian Vandenberg-Rodes*
Dorian Vandenberg-Rodes